# EXHIBIT 6

## *Superior Court of California, County of Alameda*



## *Notice of Assignment of Judge for All Purposes*

Case Number: RG21101115
Case Title:    Cleveland VS Campbell Soup Company
Date of Filing: 05/26/2021

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| Judge: | Julia Spain |
| Department: | 520 |
| Address: | Hayward Hall of Justice |
| | 24405 Amador Street |
| | Hayward  CA  94544 |
| Phone Number: | (510) 690-2729 |
| Fax Number: | (510) 267-1531 |
| Email Address: | Dept520@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law.  (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

**NOTICE OF NONAVAILABILITY OF COURT REPORTERS:** Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

Counsel(s) are expected to be familiar with the Statement of Professionalism and Civility, Alameda County Bar Association (www.acbanet.org).

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY

OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

**General Procedures**

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Julia Spain
DEPARTMENT 520

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's website also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Appearances by attorneys not counsel of record are not permitted except for good cause shown. (Non-emergency scheduling conflicts are not good cause). Any appearing counsel must have full authority to make decisions on a case.

All references to counsel apply equally to self-represented parties and all must comply with all the rules cited in this Notice. Parties are reminded that the dept. clerk is prohibited from giving legal advice. Self-represented parties are encouraged to use the Self-Help Center at the Hayward Hall of Justice, 24405 Amador St., Dept. 501, Hayward.

Email is the best method of communicating with court staff. Email address for counsel or self-represented litigants must be listed in the caption of all filed papers, as required by CRC 2.111(1). All email communications must be copied to all parties for whom an email address is available. Pleadings/documents shall not be transmitted via email.

**Schedule for Department 520**

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Tuesdays, Thursdays and Fridays, beginning at 9:30 a.m.

- Trial Readiness Conferences are held 2 weeks prior to trial date. Compliance with Local Rule 3.35 and personal appearance of trial counsel is required.

- Case Management Conferences are held: Wednesdays at 9:30 a.m. Timely filed and complete CMC Statements with courtesy copy to Dept. 520 are required. The

- court will usually publish a Tentative Case Management Order. Check DOMAIN to see if Order waives CMC appearance.
- Law and Motion matters are heard: Wednesdays and Thursdays at 2:00 p.m.; Litigants must contact the dept. clerk to reserve a date before filing any law and motion matter. See further procedures below.
- Settlement Conferences are heard: Court resources are limited. Counsel are encouraged to consider alternative dispute resolution. Conferences will be specially set as appropriate.
- Ex Parte matters are heard: On written applications only on Mondays - Thursdays. Email Dept. 520 to request date. Moving party must give 48 hours prior notice to opponent advising written opposition must be filed and courtesy copy delivered to Dept. 520 within 24 hours.
- Check Domain, Dept. 520 webpage, click on "List of Documents" for other useful materials.
- DISCOVERY DISPUTES: Parties must exhaust Meet and Confer requirements before contacting the court for a hearing date. No Motion to Compel Discovery will be scheduled until after the parties complete an informal discovery resolution process thru the court. Email the dept. for a date and further details before preparing any Motion to Compel.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:     dept520@alameda.courts.ca.gov

  Please provide: 1) Name of case; 2) Case number; 3) Title of motion; 4) Moving party; 5) Name of Responding Party's Counsel and email address.

- Ex Parte Matters
  Email:     dept520@alameda.courts.ca.gov

## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 520
- Phone: 1-866-223-2244

Dated: 06/09/2021

_____ Facsimile
Presiding Judge,
Superior Court of California, County of Alameda

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 06/10/2021

By _____ Digital
Deputy Clerk

```
┌ Feinstein Doyle Payne & Kravec, LLC ┐   ┌                                    ┐
  Attn: Lison, Wyatt A.
  429 Fourth Avenue
  Suite 1300
└ Pittsburgh, PA   15219              ┘   └                                    ┘
```

## Superior Court of California, County of Alameda

| Cleveland | No. RG21101115 |
|---|---|
| **Plaintiff/Petitioner(s)** | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| VS. | Unlimited Jurisdiction |
| Campbell Soup Company | |
| **Defendant/Respondent(s)** (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: **10/13/2021**<br>Time: **09:30 AM** | Department: **520**<br>Location: **Hayward Hall of Justice**<br>**3rd Floor**<br>**24405 Amador Street, Hayward  CA  94544**<br>Internet: **www.alameda.courts.ca.gov** | Judge: **Julia Spain**<br>Clerk: **Danielle Labrecque**<br>Clerk telephone: **(510) 690-2729**<br>E-mail:<br>**Dept520@alameda.courts.ca.gov**<br>Fax: **(510) 267-1531** |
|---|---|---|

## ORDERS

1. **Plaintiff** must:

   a. **Serve** all named defendants and file proofs of service on those defendants with the court within ˜˜ days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant must** respond as stated on the summons.

3. **All parties who have appeared before the date of the conference** must:

   a. **Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve** a completed *Case Management Statement* on Form CM-110 at least **15** days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone. Contact CourtCall, an independent vendor, at least three business days before the scheduled conference. Call 1-888-882-6878, or fax a service request to (888) 882-2946. The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery. Submit them directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to *www.alameda.courts.ca.gov/ff*.

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc*.

---

Form Approved for Mandatory Use
Superior Court of California, County
of Alameda
ALA CIV-100 [Rev. 07-01-2015]

NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER

Page 1 of 2

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 06/10/2021.

By _____
Deputy Clerk

Form Approved for Mandatory Use
Superior Court of California, County
of Alameda
ALA CIV-100 [Rev. 07-01-2015]

NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER

Page 2 of 2





# RELEASE OF FUNDS

**FILED
ALAMEDA COUNTY
JUN 2 9 2021
CLERK OF THE SUPERIOR COURT
By_____ Deputy**

| | | |
|---|---|---|
| Plaintiff | Cleveland | |
| | vs | Case #: RG21101115 |
| Defendant | Campbell Soup Company | |

Original Amount: $ 1,025.00   Receipt #: 9817542   Date: 06/10/21

Mode of Payment: Check

**Reason for Release of Funds:**    **Amount to be Released/Refunded:**

☐ Release of Deposit for Stay of Execution[1]   $ _____

☒ Overpayment of $10.01 or more[2]   $ 25.00

☐ Exoneration of Bail[3]   $ _____

☐ Small Claims Judgment Paid to Court[4]   $ _____

☐ Filing Fee (Fee Type)[5]: _____   $ _____

☐ Release of Clerk's/Reporter's Transcript Deposit[5]   $ _____

☐ Court Order/Other (explain)[5]: _____   $ _____

Payee: Feinstein Doyle Payne & Kravec LLC

Address: Law and Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219

*I verify that to the best of my knowledge this release of funds complies with the appropriate statutes referenced above.*

Completed by: Andrel Gospel   on 06/10/21   Signature: *Andreel Gospel*

Approved by: *[signature]*   on 6.29.21   Signature: *[signature]*

Submit Release of Funds forms to FBRD@alameda.courts.ca.gov.

---

[1] CCP 1176
[2] GC 29375.1
[3] PC 1463.006
[4] CCP 116.860
[5] At the discretion of the authorized approver
@Court/Finance & Facilities/Forms/Refunds

Revised 07/10/2020



\*\* COPY \*\* COPY \*\* COPY \*\* COPY \*\* COPY \*\* COPY \*\* COPY \*\*

| | |
|---|---|
| Superior Court of California, County of Alameda<br>Rene C. Davidson Alameda County Courthouse<br>1225 Fallon Street<br>Oakland, CA  94612 | Receipt Nbr: 981752<br>Clerk: agospel<br>Date: 06/10/2021 |

| Type | Case Number | Description | Amount |
|---|---|---|---|
| Service | RG21101115 | 1 Complex Fee - Plaintiff Party(s) | $1000.00 |

| | |
|---|---|
| Total Amount Due: | $1,000.00 |
| Prior Payment: | |
| Current Payment: | $1,025.00 |
| Balance Due: | $.00 |
| Overage: | |
| Excess Fee: | $25.00 |
| Change: | |

Payment Method:
    Cash:
    Check:                  $1,025.00

24060078

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Wyatt A. Lison (SBN #316775)<br>FEINSTEIN DOYLE PAYNE & KRAVEC, LLC<br>429 Fourth Avenue, Law & Finance Building, Suite 1300<br>Pittsburgh, PA 15219<br>TELEPHONE NO.: (412) 281-8400      FAX NO.: (412) 281-1007<br>ATTORNEY FOR *(Name):* Plaintiffs | FOR COURT USE ONLY<br><br>FILED<br>ALAMEDA COUNTY<br><br>MAY 26 2021<br><br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
  STREET ADDRESS: 2233 Shoreline Drive/George E. McDonald Hall of Justice
  MAILING ADDRESS: 2233 Shoreline Drive/George E. McDonald Hall of Justice
  CITY AND ZIP CODE: Alameda 94501
  BRANCH NAME: Alameda

CASE NAME:

| CIVIL CASE COVER SHEET<br>☑ Unlimited   ☐ Limited<br>(Amount          (Amount<br>demanded     demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: RG21101115<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort**<br>☐ Auto (22)<br>☐ Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>☑ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35)<br>**Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | **Contract**<br>☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37)<br>**Real Property**<br>☐ Eminent domain/Inverse condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26)<br>**Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**<br>☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)<br>**Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition *(not specified above)* (43) |
|---|---|---|

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties     d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence     f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply).* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):* 7 - SEE ATTACHED
5. This case ☑ is ☐ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 5/24/2021
Wyatt A. Lison
_____                              ▶ _____
(TYPE OR PRINT NAME)                                            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use           **CIVIL CASE COVER SHEET**        Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Judicial Council of California                                                                                   Cal. Standards of Judicial Administration, std. 3.10
CM-010 [Rev. July 1, 2007]                                                                                                                     www.courtinfo.ca.gov

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FILED BY FAX |
|---|---|
| Wyatt A. Lison (SBN - 316775)<br>Feinstein Doyle Payne & Kravec, LLC<br>429 Fourth Avenue, Law & Finance Building, Suite 1300, Pittsburgh, PA 15219<br>TELEPHONE NO.: (412) 281-8400   FAX NO. *(Optional)*: (412) 281-1007<br>E-MAIL ADDRESS *(Optional)*: wlison@fdpklaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | ALAMEDA COUNTY<br>July 07, 2021<br>CLERK OF<br>THE SUPERIOR COURT<br>By Xian-xii Bowie, Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 2233 Shoreline Drive/George E. McDonald Hall of Just
MAILING ADDRESS: 2233 Shoreline Drive/George E. McDonald Hall of Just
CITY AND ZIP CODE: Alameda 94501
BRANCH NAME: Alameda

CASE NUMBER: RG21101115

PLAINTIFF/PETITIONER: Denise Cleveland and Lanna Rainwater

DEFENDANT/RESPONDENT: Campbell Soup Company and Pepperidge Farm, Inc.

CASE NUMBER: RG21101115

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)* (with Addendum)
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Notice of Case Management Conference and Order/Notice of Assignment of Judge for All Purposes
3. a. Party served *(specify name of party as shown on documents served)*:
      Campbell Soup Company and Pepperidge Farm, Inc.
   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Dale Giali, Esquire - Counsel for Defendants
4. Address where the party was served:
   350 South Grand Avenue, 25th Floor, Los Angeles, CA 90071 / dgiali@mayerbrown.com
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Denise Cleveland and Lanna Rainwater | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Campbell Soup Company and Pepperidge Farm, Inc | RG21101115 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid,

    (1) on (date): 6/16/2021      (2) from (city): Pittsburgh, PA

    (3) ☑ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☑ On behalf of (specify):
       under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
   a. Name: Marcia Z. Carney
   b. Address: 429 Fourth Avenue, Law & Finance Building, Suite 1300, Pittsburgh, PA 15219
   c. Telephone number: (412) 281-8400
   d. The fee for service was: $
   e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

Marcia Z. Carney
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*      (SIGNATURE)

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: SBN - 316775 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Wyatt A. Lison | | |
| FIRM NAME: Feinstein Doyle Payne & Kravec, LLC | | |
| STREET ADDRESS: 429 Fourth Avenue, Law & Finance Building, Suite 1300 | | |
| CITY: Pittsburgh STATE: PA ZIP CODE: 15219 | | |
| TELEPHONE NO.: (412) 281-8400 FAX NO.: (412) 281-1007 | | |
| E-MAIL ADDRESS: wlison@fdpklaw.com | | |
| ATTORNEY FOR (Name): Plaintiffs | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 2233 Shoreline Drive/George E. McDonald Hall of Justice
MAILING ADDRESS: 2233 Shoreline Drive/George E. McDonald Hall of Justice
CITY AND ZIP CODE: Alameda 94501
BRANCH NAME: Alameda

Plaintiff/Petitioner: Denise Cleveland and Lanna Rainwater
Defendant/Respondent: Campbell Soup Company and Pepperidge Farm, Inc.

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: RG21101115

TO (Insert name of party being served): Defendants Campbell Soup Company and Pepperidge Farm, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 15, 2021

Wyatt A. Lison
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [x] A copy of the summons and of the complaint.
2. [x] Other (specify):
   Notice of Case Management Conference and Order
   Notice of Assignment of Judge for All Purposes
   Civil Cover Sheet with Attachment
   Civil Case Cover Sheet Addendum

(To be completed by recipient):

Date this form is signed: July 6, 2021

Dale J. Giali for Defendants Campbell Soup Company and Pepperidge Farm, Inc.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _(signature)_
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

For your protection and privacy, please press the Clear This Form button after you have printed the form. [Print this form] [Save this form] [Clear this form]

## PROOF OF SERVICE

I, Theresa Struwe, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On July 6, 2021 served a copy of the within document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

[X] by transmitting electronically in portable document format (PDF) the document(s) listed above to the e-mail addresses set forth below on this date. The transmission of the document was reported as complete and without error.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Wyatt A. Lison<br>Joseph N. Kravec, Jr.<br>Feinstein Doyle Payne & Kravec, LLC<br>429 Fourth Avenue, Suite 1300<br>Pittsburgh, PA 15219<br>Tel: (412) 281-8400<br>wlison@fdpklaw.com<br>jkravec@fdpklaw.com | *Attorneys for Plaintiffs and the Proposed Class* |
| Daniel L. Warshaw<br>Pearson, Simon & Warshaw, LLP<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, CA 91403<br>Tel: (818) 788-8300<br>Fax: (818) 788-8104<br>dwarshaw@pswlaw.com | *Attorneys for Plaintiffs and the Proposed Class* |
| Melissa S. Weiner<br>Pearson, Simon & Warshaw, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Tel: (612) 389-0600<br>Fax: (612) 389-0610<br>mweiner@pswlaw.com | *Attorneys for Plaintiffs and the Proposed Class* |

1
2    I declare under penalty of perjury under the laws of the State of California that the above
3 is true and correct. Executed on July 6, 2021 at Los Angeles, California.

4                        _Theresa P. Struwe_
5                              Theresa Struwe

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PROOF OF SERVICE

742420647