| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   | DALE J. GIALI (SBN 150382) |
| 2 | *dgiali@mayerbrown.com* |
|   | KERI E. BORDERS (SBN 194015) |
| 3 | *kborders@mayerbrown.com* |
|   | 350 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, CA 90071-1503 |
|   | Telephone:    (213) 229-9500 |
| 5 | Facsimile:    (213) 625-0248 |
| 6 | Attorneys for Defendants |
|   | CAMPBELL SOUP COMPANY |
| 7 | AND PEPPERIDGE FARM, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CLEVELAND AND LANNA RAINWATER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CAMPBELL SOUP COMPANY AND PEPPERIDGE FARM, INC., <br><br> Defendants. | Case No. 3:21-cv-06002-JCS <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE FOR A MOTION TO DISMISS; DECLARATION OF DALE J. GIALI IN SUPPORT** <br><br> [proposed order submitted separately] <br><br> Current response date: Apr. 28, 2022 <br> New response date: May 16, 2022 |

Pursuant to Civil Local Rule 6-2, Plaintiffs Denise Cleveland and Lanna Rainwater ("Plaintiffs") and Defendants Campbell Soup Company and Pepperidge Farm, Incorporated ("Defendants") (collectively, the "parties"), hereby stipulate to extend the time for Defendants to answer or otherwise respond to the first amended complaint in this matter up to and including May 16, 2022, and to set a briefing scheduled on an anticipated motion to dismiss. In support thereof, the parties state as follows:

WHEREAS, on August 3, 2021, Defendants removed this action to this Court;

WHEREAS, the parties stipulated to an extension to Defendants' deadline to answer or otherwise respond to the initial complaint, such that Defendants' response was due on or before August 31, 2021 (ECF #7);

WHEREAS, on August 31, 2021, Defendants responded to the initial complaint by motion (ECF #26);

WHEREAS, on March 25, 2021, following full briefing and a hearing on Defendants' motion, the Court issued a minute order permitting Plaintiffs to file an amended complaint by April 15, 2022 (in lieu of the Court issuing a ruling on Defendants' motion to dismiss) (ECF #48);

WHEREAS, on April 14, 2022, Plaintiffs filed a first amended complaint (ECF #51);

WHEREAS, based on the April 14 filing, Defendants' response to the first amended complaint is due by April 28, 2022;

WHEREAS, to provide sufficient time for Defendants to consider the first amended complaint and prepare an appropriate response that thoughtfully and efficiently presents appropriate legal issues and argument to the Court, Defendants desire thirty days (rather than two-weeks) to respond to the first amended complaint;

WHEREAS, Plaintiffs are agreeable to the extension;

WHEREAS, it is Defendants' present intention to file a motion to dismiss the first amended complaint and it is the parties' belief that it is efficient to agree now to a briefing schedule on the anticipated motion; and

1  WHEREAS, the extensions agreed to herein will not alter the date of any event or any deadline already fixed by Court order, and this extension is not sought for delay or any other improper purpose.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to the first amended complaint on or before May 16, 2022; that Plaintiffs shall oppose any motion filed by Defendants on or before June 15, 2022; and that Defendants shall file any reply memorandum in support of any motion they file on or before June 29, 2022.  The hearing on the motion shall be set for July 21, 2022 at 10:00 a.m. (or for the next available hearing date on the Court's calendar).

Dated: April 15, 2022

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders
Rebecca B. Johns


by: /s/ *Dale J. Giali*
    Dale J. Giali
Attorneys for Defendants
CAMPBELL SOUP COMPANY AND
PEPPERIDGE FARM, INC.

Dated: April 15, 2022

FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
Wyatt A. Lison
Joseph N. Kravec, Jr.


By: */s/ Joseph N. Kravec*
    Joseph N. Kravec
Attorneys for Plaintiffs
DENISE CLEVELAND AND
LANNA RAINWATER

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: /s/ *Dale J. Giali*
    Dale J. Giali

# DECLARATION OF DALE J. GIALI

I, Dale J. Giali, hereby declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Mayer Brown LLP, counsel of record for Defendants Campbell Soup Company and Pepperidge Farm, Incorporated in the above-captioned matter. I am admitted to practice before this Court. I have personal knowledge of the facts asserted in this declaration, and could and would competently testify to them if called as a witness.

2. April 14, 2022, Plaintiffs filed a first amended complaint (ECF #51).

3. Based on the April 14 filing, Defendants' response to the first amended complaint is due by April 28, 2022.

4. To provide sufficient time for Defendants to consider the first amended complaint and prepare an appropriate response that thoughtfully and efficiently presents the legal issues and arguments to the Court, Defendants desire 30 days (rather than two-weeks) to respond to the first amended complaint.

5. Plaintiffs are agreeable to the extension.

6. It is Defendants' present intention to file a motion to dismiss the first amended complaint and the parties belief it efficient at this time to agree to a briefing schedule on the anticipated motion, and the parties have agreed on:

- Defendants shall answer or otherwise respond to the first amended complaint on or before May 16, 2022;
- Plaintiffs shall oppose any motion filed by Defendants on or before June 15, 2022;
- Defendants shall file any reply memorandum in support of any motion they file on or before June 29, 2022; and
- The hearing on the motion shall be set for July 21, 2022 at 10:00 a.m. or for the next available hearing date on the Court's calendar.

7. The extensions agreed to by the parties will not alter the date of any event or any deadline already fixed by Court order, and this extension is not sought for delay or any other improper purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 15, 2022 at Huntington Beach, California.

By:    */s/ Dale J. Giali*
       Dale J. Giali