1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CLEVELAND AND LANNA RAINWATER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMPBELL SOUP COMPANY AND PEPPERIDGE FARM, INC.,<br><br>Defendants. | Case No. 3:21-cv-06002-JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE FOR A MOTION TO DISMISS**<br><br>Former response date: Apr. 28, 2022<br>New response date: May 16, 2022 |

747324975.1

Before the Court is the Parties' Stipulation For Extension Of Time To Respond To First Amended Complaint And To Set A Briefing Schedule For A Motion To Dismiss. The Court finds good cause exists to grant the requested relief. Accordingly it is hereby ORDERED that:

- Defendants shall answer or otherwise respond to the first amended complaint on or before May 16, 2022;
- Plaintiffs shall oppose any motion filed by Defendants on or before June 15, 2022;
- Defendants shall file any reply memorandum in support of any motion they file on or before June 29, 2022;
- The hearing on the motion shall be set for July 21, 2022 at 10:00 a.m.

Dated: _____          _____
                                        Hon. James Donato
                                        United States District Judge