1  Wyatt A. Lison (SBN – 316775)
   Joseph N. Kravec, Jr. (admitted *Pro Hac Vice*)
2  **FEINSTEIN DOYLE PAYNE**
   **& KRAVEC, LLC**
3  429 Fourth Avenue, Suite 1300
   Pittsburgh, PA 15219
4  Tel.: (412) 281-8400
   Fax: (412) 281-1007
5  Emails: wlison@fdpklaw.com;
   jkravec@fdpklaw.com
6

7  Daniel L. Warshaw (SBN – 185365)
   Matthew A. Pearson (SBN – 2914845)
8  **PEARSON WARSHAW, LLP**
   15165 Ventura Blvd., Suite 400
9  Sherman Oaks, CA 91403
   Tel.: (818) 788-8300
10 Fax: (818) 788-8104
   Emails: dwarshaw@pwfirm.com;
11 mapearson@pslaw.com
12

13 Melissa S. Weiner (admitted *Pro Hac Vice*)
   **PEARSON WARSHAW, LLP**
14 800 LaSalle Avenue
   Suite 2150
15 Minneapolis, MN 55402
   Tel.: (612) 389-0600
16 Fax: (612) 389-0610
   Email: mweiner@pwfirm.com
17

18 *ATTORNEYS FOR PLAINTIFFS*

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| DENISE CLEVELAND AND LANNA RAINWATER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY AND PEPPERIDGE FARM, INC.,<br><br>Defendants. | Case No. 3:21-cv-06002-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE; CASE NO. 3:21-cv-06002-JD

1 | Plaintiffs Denise Cleveland and Lanna Rainwater hereby give notice that the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice as to plaintiffs and without prejudice as to the putative class.

Dated: March 31, 2023

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By: s/Joseph N. Kravec, Jr.
    Wyatt A. Lison
    Joseph N. Kravec, Jr.

**Attorneys for Plaintiffs
DENISE CLEVELAND AND
LANNA RAINWATER**